# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-00942-JVS (MLGx) | Date | July 3, 2008 |
| Title | Frank Merchain v. Alliedbarton Security Services LP, et al. | | |

Present: The Honorable   James V. Selna

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Correcting Clerical Error in on Defendants Motion for Summary Judgment (Docket Number 26)

On March 26, 2008, this Court entered an order denying Defendants AlliedBarton Security Services LP., et al.'s (collectively "Allied Barton") motion for summary adjudication of class allegations. (Docket No. 26.) The order contained a clerical error, which the Court now corrects.

The following sentence, which appears in Section IV, page nine of the order, is hereby deleted: "For the reasons stated above, the court awards summary judgment on AlliedBarton's collateral estoppel in favor of Merchain."

In its place, the Court inserts the following sentence: "For the reasons stated above, AlliedBarton's motion for summary adjudication of the class allegations is denied."

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |