Marc Primo (SBN 216796)
Matthew T. Theriault (SBN 244037)
Dina Livhits (SBN 245646)
Initiative Legal Group LLP
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
MTheriault@InitativeLegal.com
DLivhits@InitiativeLegal.com
Attorneys for Plaintiff

Attorneys for Plaintiff Frank Merchain

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MERCHAIN, individually, and on behalf of all other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br> vs.<br><br>ALLIED BARTON SECURITY SERVICES L.P., a Delaware limited partnership; ALLIED SECURITY LLC, a business entity form unknown; ALLIED SECURITY HOLDINGS LLC, a business entity form unknown; SPECTAGUARD ACQUISITION LLC, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. SACV07-00942 JVS (MLG)<br><br>**ORDER RE: REQUEST FOR VOLUNTARY DISMISSAL** |

-2-

1 **COURT ORDER**

2 **GOOD CAUSE HAVING BEEN SHOWN** this Court hereby grants

3 Plaintiff's request for a voluntary dismissal.

4

5

6 IT IS SO ORDERED.

7

8 Dated: December 02, 2008   _____

9                                           Honorable James V. Selna
Judge of the U.S. District Court